IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    03-cr-00036-13-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DWAYNE WILSON,

        Defendant.

_____

ORDER DENYING MOTION FOR MODIFICATION OF IMPOSED TERM OF IMPRISONMENT
_____

On February 17, 2005, the defendant was found guilty at jury trial of Counts One through Six, Eight, Ten through Thirteen, Fifteen, and Sixteen of the Superseding Indictment. A presentence investigation report was prepared establishing an advisory guideline range of 262 to 327 months based on a total offense level 36 and a criminal history category IV.

On June 3, 2005, the defendant was committed to the custody of the United States Bureau of Prisons for a total term of two hundred and forty (240) months on Counts One, Two, Four, and Twelve; forty-eight (48) months on Counts Three, Five, Eight, Ten, Eleven and Thirteen; and one hundred and twenty (120) months on Counts Six, Fifteen and Sixteen. All terms of imprisonment were ordered to be served concurrently, for a total sentence of 240 months.

Pursuant to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii), and 851, the 240 month sentence imposed in Counts One, Two, Four and Twelve was the mandatory minimum sentence required by statute.

On January 5, 2012, Dwayne Wilson filed a Motion for Modification of Imposed Term of Imprisonment as authorized by 18 U.S.C. § 3582(c)(1)(B), claiming that he should be entitled to the change in the mandatory prison term for crack cocaine enacted in the Fair Sentencing Act of 2010. The question presented is whether that change is retroactive. Congress did not provide for retroactive application of the new mandatory minimum and this Court does not have the authority to make the change retroactive. Accordingly, it is

ORDERED that the Motion for Modification of Imposed Term of Imprisonment is denied.

Dated: January 17, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge