FILED
United States Court of Appeals
Tenth Circuit

December 14, 2012

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

DWAYNE WILSON,

          Petitioner.

No. 12-1439
(D.C. Nos. 1:08-CV-01818-RPM &
1:03-CR-00036-RPM-10)
(D. Colo.)

---

**ORDER**

---

Before **LUCERO**, **EBEL**, and **HARTZ**, Circuit Judges.

---

On December 6, 2012, we entered an order inviting a response from the district court to Mr. Wilson's petition for writ of mandamus to the extent that it sought docketing of, consideration of, and a decision on his motion for relief under 28 U.S.C. § 2255. The district court has filed a response to the petition, attaching its December 11, 2012, order denying Mr. Wilson's § 2255 application. As a result, the petition for writ of mandamus has been made moot and is dismissed.

                              Entered for the Court

                              ELISABETH A. SHUMAKER, Clerk